# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE TULALIP TRIBES, and THE CONSOLIDATED BOROUGH OF QUIL CEDA VILLAGE, <br><br> Plaintiffs, <br> and <br><br> THE UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> THE STATE OF WASHINGTON, Washington State Governor JAY INSLEE, Washington State Department of Revenue Director VIKKI SMITH, SNOHOMISH COUNTY, Snohomish County Treasurer KIRKE SIEVERS, and Snohomish County Assessor LINDA HJELLE, <br><br> Defendants. | No. 2:15-cv-00940-BJR <br><br> CASE MANAGEMENT ORDER |

## ORDER

The Court hereby adopts the following case management schedule, as proposed by parties. The Court does not anticipate requesting pretrial briefing.

| Date | Description |
|---|---|
| 8/25/17 | Parties file *Daubert* motions with noting date of September 15, 2017. Motions limited to 20 pages. Plaintiffs and Plaintiff-Intervenor shall coordinate to file only one motion per defense expert, and State and County defendants shall do the same with respect to plaintiffs' experts. The same coordination of briefing shall occur with regard to response and reply briefs. |
| 9/11/17 | Parties file responses to *Daubert* motions, limited to 20 pages. |
| 9/15/17 | Parties file reply briefs on *Daubert* motions, limited to 10 pages. |
| 10/13/17 | Exchange proposed undisputed facts and identify sources for facts. |
| 11/9/17 | Exchange responses to proposed undisputed facts, including identification of disputed facts and the basis/source for the dispute, and proposed undisputed rebuttal facts and sources. Parties reserve objections based on relevance. |
| 11/17/17 | Deadline for counsel to begin conferring regarding undisputed facts. |
| 1/10/18 | Deadline for counsel to agree on a list of undisputed facts. |
| 1/31/18 | Plaintiffs serve pretrial statement per LCR 16(h). The pretrial statement shall include identification of whether each witness's testimony will be presented by deposition transcript, declaration, or live testimony. |
| 2/28/18 | Defendants serve pretrial statement per LCR 16(i). The pretrial statement shall include identification of whether each witness's testimony will be presented by deposition transcript, declaration, or live testimony. |
| 3/14/18 | Exchange declarations of witnesses who will not be providing live testimony. Evidentiary objections are reserved. |
| 3/21/18 | Deadline for parties other than the party intending to offer less than a complete deposition transcript in evidence to designate objections and additional excerpts of the deposition for introduction in evidence per LCR 32(e). |
| 4/3/18 | File motions in limine, with noting date of April 20, 2018. |
| 4/4/18 | Deadline for conference of attorneys per LCR 16(k). |
| 4/13/18 | Final Joint Pre-Trial Order |

| | | |
|---|---|---|
| 1 | 5/4/18 | Final Pre-Trial Conference |
| 2 | 5/14/18-5/25/18 | Trial (10 days) |

Dated this 12th day of July, 2017.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge