THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE TULALIP TRIBES and THE CONSOLIDATED BOROUGH OF QUIL CEDA VILLAGE, Plaintiffs, | NO. 15-CV-940 BJR |
| THE UNITED STATES OF AMERICA, Plaintiff-Intervenor, | ORDER GRANTING MOTION TO FILE EXHIBIT T-1002 UNDER SEAL |
| v. | |
| THE STATE OF WASHINGTON, *et al.,* Defendants | |

This matter comes before the Court on the motion of State Defendants for an order that Exhibit T-1002 be filed under seal. Plaintiffs do not oppose the motion. Finding that the exhibit contains proprietary third-party financial information, the Court hereby grants the motion. Exhibit T-1002 shall be filed under seal.

Signed this 20th day of June, 2018.

Barbara Jacobs Rothstein
U.S. District Court Judge